**POLAROID CORPORATION**

v.

**POLARAID, INC.**

No. 60 C 279.

United States District Court
N. D. Illinois, E. D.

Sept. 18, 1962.

For original opinion see 206 F.Supp. 290.

James R. Sweeney, Hofgren, Brady, Wegner, Allen & Stellman, Chicago, Ill., Herbert S. Kassman and Donald L. Brown, Cambridge, Mass., for plaintiff.

Roger A. Bjorvik, Ebers, Metskas & Bjorvik, Chicago, Ill., substituted for

---

Brown, Stine & Cook, Chicago, Ill., pursuant to order of May 4, 1962, for defendant.

MINER, District Judge.

This cause coming on for hearing on the motion of the plaintiff for a new trial under Rule 59(a) (2) of the Federal Rules of Civil Procedure, the parties come by their attorneys, and the Court having duly considered said motion and heard the arguments of counsel and being full advised in the premises it is

ORDERED that paragraphs 8, 9 and 10 appearing on page 10 of the Conclusions of Law entered herein on June 12, 1962 and paragraphs 11 and 12 appearing on page 11 of said Conclusions of Law be and they hereby are stricken and it is

FURTHER ORDERED that plaintiff's motion for a new trial be and it hereby is denied.

Sidney D. L. Jackson, Jr., and James P. Garner of Baker, Hostetler & Patterson, Cleveland, Ohio, for plaintiff.

Joseph L. Halberstein, Marion, Ohio, for defendants Swarco, Nussbaum, Ward, Loewy and Loughley.

Edwin L. Mitchell, Marion, Ohio, for defendant Halberstein.

George M. Austin and Harry C. Nester, Cleveland, Ohio, for defendant Amerace, Inc.